UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

vs.

Case No.10-cv-11891
HON. GEORGE CARAM STEEH

MATTHEW J. GAGNON,

        Defendant.

_____/

## JUDGMENT

The above entitled matter has come before the court, and in accordance with the Order entered on this date;

IT IS HEREBY ORDERED AND ADJUDGED that judgment is hereby entered in favor of plaintiff and against defendant.

IT IS HEREBY ORDERED AND ADJUDGED that defendant is liable for $3,613,259.00 in disgorgement, $488,570.47 in prejudgment interest, and $100,000.00 in civil penalties.

SO ORDERED.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                                      BY: s/Josephine Chaffee
                                             DEPUTY COURT CLERK

Dated: March 22, 2012